UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER E. GARNER, | ) | Case No. CV 11-8058 SVW(JC) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651; and Motion to Vacate Judgment Pursuant to F.R.C.P. Rule 60(B)(3)(4)(6)" ("Petition"), the Motion to Dismiss the Petition and documents submitted in connection therewith and in opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

1    IT IS ORDERED that the Motion to Dismiss the Petition is granted, the
2 Petition is denied and this action is dismissed without prejudice for lack of
3 jurisdiction.
4    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
5 the Report and Recommendation, and the Judgment herein on petitioner and on
6 counsel for respondents.
7    LET JUDGMENT BE ENTERED ACCORDINGLY.
8 DATED: February 5, 2013

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE