UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. GARNER,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Respondents. | Case No. 11-8058 SVW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the "Petition for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651; and Motion to Vacate Judgment Pursuant to F.R.C.P. Rule 60(B)(3)(4)(6)" is denied and this action is dismissed without prejudice.

DATED: February 5, 2013

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE